United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-16999-ref
Andrea Marie Kersikoski                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR           Page 1 of 2        Date Rcvd: Oct 15, 2018
                            Form ID: 138NEW       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db             +Andrea Marie Kersikoski,    1236 Brooke Blvd,    Reading, PA 19607-1660
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13122552       +Accounts Recovery Bureau,    555 Van Reed Road,    Wyomissing, PA 19610-1756
13122553       +BAC Home Loans Serv LP,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
13122554        Bank of America Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13122555       +Carrington Mortgage Services LLC,    1610 East St. Andrew Place Suite B150,
                 Santa Ana, CA 92705-4931
13122556       +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
13122557       +KML Law Group PC,    BNY Indpenence Center Ste 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
13122563        Reading Hospital & Medical Center,    PO Box 16052,    Reading, PA 19612-6052
13122565       +West Reading Radiology,    2 Meridian Blvd., 2nd Floor,    Wyomissing, PA 19610-3202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2018 02:14:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 16 2018 02:14:57    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Oct 16 2018 02:18:48    LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC 29603-0587
cr              E-mail/Text: bkr@cardworks.com Oct 16 2018 02:14:23    Merrick Bank,
                 c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13215179        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 16 2018 02:18:48
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13149397        E-mail/Text: bkr@cardworks.com Oct 16 2018 02:14:23    MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13122558       +E-mail/Text: bkr@cardworks.com Oct 16 2018 02:14:23    Merrick Bank,    10705 S Jordan Gtwy,
                 Ste 200,    South Jordan, UT 84095-3977
13122559        E-mail/Text: bankruptcydpt@mcmcg.com Oct 16 2018 02:14:48    Midland Credit Management, Inc.,
                 P.O. Box 60578,    Los Angeles, CA 90060-0578
13122560       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 16 2018 02:14:48    Midland Funding,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
13122561       +E-mail/Text: Bankruptcies@nragroup.com Oct 16 2018 02:15:15    National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13122562        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2018 02:18:45
                 Portfolio Recovery,    P.O. Box 12914,    Norfolk, VA 23541
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13228391      ##+Bank of America,    Carrington Mortgage Services, LLC,    1610 E. St. Andrew Place, Ste B 150,
                 Santa Ana, California 92705-4931
13122564       ##Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
                                                                                 TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                           Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR               Page 2 of 2            Date Rcvd: Oct 15, 2018
                              Form ID: 138NEW           Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    Bank of America,N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    Bank of America,N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank of America,N.A. ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Carrington Mortgage Services, LLC
           ecfmail@mwc-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Carrington Mortgage Services, LLC
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          ROBERT MICHAEL KLINE    on behalf of Creditor    Bank of America,N.A. Pacer@squirelaw.com,
           rmklinelaw@aol.com
          ROBERT MICHAEL KLINE    on behalf of Creditor    Carrington Mortgage Services, LLC
           Pacer@squirelaw.com,  rmklinelaw@aol.com
          SARAH K. MCCAFFERY    on behalf of Creditor    Bank of America,N.A. smccaffery@squirelaw.com
          STEPHEN MCCOY OTTO    on behalf of Debtor Andrea Marie Kersikoski steve@sottolaw.com,
           info@sottolaw.com,no_reply@ecf.inforuptcy.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                            TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Andrea Marie Kersikoski
      Debtor(s)

Bankruptcy No: 13–16999–ref
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 10/15/18

45 – 43
Form 138_new