United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Andrea Marie Kersikoski
        Debtor

Case No. 13-16999-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR        Page 1 of 1        Date Rcvd: Oct 15, 2018
                           Form ID: 212       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db            +Andrea Marie Kersikoski,    1236 Brooke Blvd,    Reading, PA 19607-1660

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
        ALEXANDRA T. GARCIA    on behalf of Creditor   Bank of America,N.A. ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        ANN E. SWARTZ    on behalf of Creditor    Bank of America,N.A. ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor    Carrington Mortgage Services, LLC
         ecfmail@mwc-law.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank of America,N.A. ecfmail@mwc-law.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Carrington Mortgage Services, LLC
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        ROBERT MICHAEL KLINE    on behalf of Creditor    Carrington Mortgage Services, LLC
         Pacer@squirelaw.com,   rmklinelaw@aol.com
        ROBERT MICHAEL KLINE    on behalf of Creditor    Bank of America,N.A. Pacer@squirelaw.com,
         rmklinelaw@aol.com
        SARAH K. MCCAFFERY    on behalf of Creditor    Bank of America,N.A. smccaffery@squirelaw.com
        STEPHEN MCCOY OTTO    on behalf of Debtor Andrea Marie Kersikoski steve@sottolaw.com,
         info@sottolaw.com,no_reply@ecf.inforuptcy.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                        TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                               Chapter: 13

     Andrea Marie Kersikoski

Debtor(s)                                                            Case No: 13–16999–ref

_____

*ORDER*

     AND NOW, 10/15/18 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

     Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

     And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

     Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

     ☑ A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

     ☑ A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

     If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

For The Court

Richard E. Fehling

Chief Judge ,United States
Bankruptcy Court