Certificate Number: 14912-PAE-DE-031786486

Bankruptcy Case Number: 13-16999



14912-PAE-DE-031786486

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2018, at 8:10 o'clock PM EDT, Andrea Kersikoski completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 19, 2018              By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor