IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        Bankruptcy No. 13-16999-ref
ANDREA MARIE KERSIKOSKI,                  :
              Debtor.                     :

**CHAPTER 13 DEBTOR'S CERIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

X        I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐        I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

_____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

X        I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐        I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) or that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

DATE: November 5, 2018                    Respectfully submitted,
                                          LAW OFFICE OF STEPHEN M. OTTO, LLC

By:    /s/Stephen M. Otto
Stephen M. Otto, Esq.
833 N. Park Road Ste 102
Wyomissing, PA 19610
484-220-0481
PA. I.D. No. 82463
steve@sottolaw.com